IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARL A. MARTIN, | ) | |
| Petitioner, | ) | 8:16CV246 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that:

(1) Although Martin's motions appear to be directed to the United States Court of Appeals for the Eighth Circuit in the caption of the motions, to the extent that I have jurisdiction, the motion for leave to proceed in forma pauperis (filing no. 22) is granted, and the motion for certificate of appealability (filing no. 25), the motion for leave to use original record (filing no. 26) and the motion for appointment of counsel (filing no. 27) are denied.

(2) The Clerk shall send a copy of this order and the referenced motions to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 20th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge